UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

Rick L. Keeth

v.  Case Number: 04-4163-CV-C-WAK

United States of America
Department of Veterans Affairs

## NOTIFICATION OF MAGISTRATE JUDGE ASSIGNMENT

This is to advise you that your case has been assigned to United States Magistrate William A. Knox. Please indicate whether you consent to the exercise of jurisdiction by Magistrate Judge Knox or request that the case be assigned to a United States District Judge.

**(PLEASE SIGN EITHER SECTION A OR B BELOW)**

### A. CONSENT TO EXERCISE OF JURISDICTION BY U.S. MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. s 636(c) and Rule 73, Fed.R.Civ.P., the undersigned waives the right to proceed before a United States District Judge and voluntarily consents to have United States Magistrate Judge Knox conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.

| Signatures | Printed Name | Party Represented | Date |
|---|---|---|---|
| *[signature]* Plaintiff | Rick L. [Keeth] | *[signature]* | 8-4-2004 |
| Defendant | | | |

Unless all parties agree otherwise, any appeals in this case shall be taken to the United States Court of Appeals for the Eighth Circuit, in accordance with 28 U.S.C. s 636(c) and Rule 73(c), Fed.R.Civ.P.

### B. REQUEST FOR ASSIGNMENT OF CASE TO DISTRICT JUDGE

The undersigned declines consent to the exercise of jurisdiction by a United States Magistrate Judge and requests that the case be assigned to a United States District Judge.

| Signatures | Printed Name | Party Represented | Date |
|---|---|---|---|
| Plaintiff | | | |