IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| RICK L. KEETH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-4163-CV-C-WAK |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF VETERANS AFFAIRS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The record in this case does not show that service of process has been timely made upon the provisionally named defendants. Fed. R. Civ. P. 4(m) provides as follows:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

Here, it has been more than 120 days since plaintiff's original complaint was filed and plaintiff has not requested an extension of time to obtain service of process.

THEREFORE, IT IS ORDERED that within twenty days, plaintiff show cause why his claims should not be dismissed, without prejudice, pursuant to Fed. R. Civ. P. 4(m).

Dated this 2nd day of December, 2004, at Jefferson City, Missouri.

/s/
_____

WILLIAM A. KNOX
United States Magistrate Judge