IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION


RICK L. KEETH,                          )
                                        )
                    Plaintiff,          )
                                        )
            v.                          )          No. 04-4163-CV-C-WAK
                                        )
UNITED STATES DEPARTMENT                )
OF VETERANS AFFAIRS, et al.,            )
                                        )
                    Defendants.         )

## ORDER

On December 2, 2004, plaintiff was directed to show cause why his claims should not be dismissed, without prejudice, pursuant to Fed. R. Civ. P. 4(m), for failure to timely obtain service of process on defendants. Plaintiff did not respond to the court's order and the record does not disclose that service of process has been made. Plaintiff's complaint was filed on July 27, 2004, and more than 120 days have passed. Accordingly, it is

ORDERED that the above-styled cause is dismissed, without prejudice, pursuant to Fed. R. Civ. P. 4(m).

Dated this 2nd day of March, 2005, at Jefferson City, Missouri.


/s/

WILLIAM A. KNOX
United States Magistrate Judge